**No. 39368.**—Protests 841011–G, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held separately dutiable at 33⅓ percent under paragraph 412 as claimed.

**No. 39369.**—Protests 842919–G, etc., of Antolini & Co. et al. (New York).

Opinion by KEEFE, J.  On the authority of *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.

**No. 39370.**—Protests 648965–G, etc., of Carlo Fantoni et al. (New York).

Opinion by KEEFE, J.  On the authority of *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.

**No. 39371.**—Protests 939257–G, etc., of John Alban & Co., Inc., et al. (New York).

Opinion by KEEFE, J.  On the authority of *Locatelli* v. *United States* (T. D. 49389 and T. D. 48284) the protests were sustained.

**No. 39372.**—Protests 955402–G, etc., of Michele De Rosa et al. (New York).

Opinion by KEEFE, J.  On the authority of *Locatelli* v. *United States* (T. D. 48284) the protests were sustained.